UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81987-DMM

DANIEL LUGO,

    Plaintiff,

v.

TORRES REAL ESTATE, LLC,

    Defendant.

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff DANIEL LUGO and Defendant TORRES REAL ESTATE, LLC, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs or as otherwise agreed.

Dated: February 27, 2023                          Respectfully submitted,

| | |
|---|---|
| *s/ Drew M. Levitt* | *s/ Adam S. Chotiner*[1] |
| Drew M. Levitt, Esq. | Adam S. Chotiner, Esq. |
| E-Mail: drewmlevitt@gmail.com | E-Mail: achotiner@sbwh.law |
| FL Bar No. 782246 | FL Bar No. 0146315 |
| 4700 NW Boca Raton Blvd., Suite 302 | Shapiro, Blasi, Wasserman & Hermann, P.A. |
| Boca Raton, FL 33431 | 7777 Glades Road, Suite 400 |
| Tel: (561) 994-6922 | Boca Raton, FL 33434 |
| Fax: (561) 994-0837 | Tel: (561) 477-7800 |
| Counsel for Plaintiff | Fax: (561) 477-7752 |
| | Counsel for Defendant |

---

[1] Drew M. Levitt has provided Adam S. Chotiner with express authority to jointly file this stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Daniel Lugo v. Torres Real Estate, LLC.*
Case No. 9:22-cv-81987-DMM
United States District Court, Southern District of Florida

| | |
|---|---|
| Drew M. Levitt, Esq.<br>E-Mail: drewmlevitt@gmail.com<br>4700 NW Boca Raton Boulevard<br>Suite 302<br>Boca Raton, FL 33431<br>Tel: (561) 994-6922<br>Fax: (561) 994-0837<br>Counsel for Plaintiff<br>*Via CM/ECF*<br><br>Lee David Sarkin, Esq.<br>E-Mail: lsarkin@aol.com<br>4700 NW Boca Raton Boulevard<br>Suite 302<br>Boca Raton, FL 33431<br>Tel: (561) 994-6922<br>Fax: (561) 994-0837<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |